UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA MARGARITA MARTINEZ,<br><br>        Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 15-cv-6609(VM) |

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT
ON BEHALF OF DEFENDANT JPMORGAN CHASE BANK, N.A.**

PLEASE TAKE NOTICE that, upon the complaint and the amended complaint herein (Dkt. Nos. 1, 16), upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint, and upon all other papers in this proceeding and proceedings relating directly hereto, the undersigned attorneys for Defendant JPMorgan Chase Bank, N.A. ("JPM Chase") will move this Court before the Honorable Victor Marrero, United States District Court Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint filed against JPM Chase in the above-captioned action for failure to state a claim upon which relief can be granted, and for such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the parties' Stipulation and this Court's December 10, 2015 Order approving that Stipulation (Dkt. No. 20), papers in opposition to this motion must be served on or before January 19, 2016.

Dated: New York, New York
December 22, 2015

Of counsel:

Michael S. Flynn
Alicia Llosa Chang
Craig T. Cagney

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr

450 Lexington Avenue
New York, New York 10017
(212) 450-4000
james.kerr@davispolk.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*